**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THERAPEUTICSMD, INC. and MAYNE PHARMA LLC,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.<br><br>Defendant. | Honorable Brian R. Martinotti, U.S.D.J.<br><br>Civil Action No. 2:20-cv-03485-BRM-SDA<br>Civil Action No. 2:20-cv-11087-BRM-ESK<br>Civil Action No. 2:20-cv-08809-BRM-ESK<br>Civil Action No. 2:20-cv-17496-BRM-ESK<br>(consolidated) |
| THERAPEUTICSMD, INC. and MAYNE PHARMA LLC,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant. | Honorable Brian R. Martinotti, U.S.D.J.<br><br>Civil Action No. 21-12794-BRM-SDA<br><br>(Filed Electronically) |

**STIPULATION AND ORDER LIFTING STAY**

WHEREAS, Teva Pharmaceuticals USA, Inc. ("Teva") submitted Abbreviated New Drug Application ("ANDA") No. 214137 ("Teva's ANDA") to the U.S. Food and Drug Administration ("FDA"), which seeks approval to engage in the commercial manufacture, use, sale, offer for sale or importation of estradiol vaginal inserts (the "Teva ANDA Products") before the expiration of United States Patent Nos. 9,180,091; 9,289,382; 10,258,630; 10,398,708; 10,471,072; 10,537,581; 10,568,891; 10,668,082; 10,806,697; 10,835,487 and 10,888,516 (the "Asserted Patents");

WHEREAS, Plaintiff TherapeuticsMD, Inc. ("TherapeuticsMD") filed Civil Action No. 20-3485 in this Judicial District against Defendants Teva Pharmaceuticals USA, Inc. ("Teva

- 1 -

USA") and Teva Pharmaceutical Industries Limited ("Teva Ltd.,") on April 1, 2020;

WHEREAS, TherapeuticsMD filed the related Civil Action No. 20-8809 in this Judicial District against Teva USA and Teva Ltd. on July 13, 2020, which was later consolidated with Civil Action No. 20-3485 on August 14, 2020 (D.I. 33 in Civil Action No. 20-3485 and D.I. 16 in Civil Action No. 20-8809);

WHEREAS, TherapeuticsMD filed the related Civil Action No. 20-11087 in this Judicial District against Teva USA and Teva Ltd. on August 21, 2020, which was later consolidated with Civil Action No. 20-3485 on September 18, 2020 (D.I. 43 in Civil Action No. 20-3485 and D.I. 17 in Civil Action No. 20-11087);

WHEREAS, TherapeuticsMD filed the related Civil Action No. 20-17496 in this Judicial District against Teva USA and Teva Ltd. on November 30, 2020, which was later consolidated with Civil Action No. 20-3485 on December 9, 2020 (D.I. 51 in Civil Action No. 20-3485 and D.I. 13 in Civil Action No. 20-17496);

WHEREAS, Civil Action No. 20-3485, Civil Action No. 20-8809, Civil Action No. 20-11087, and Civil Action No. 20-17496 (collectively, "the Consolidated Actions") have been consolidated for all purposes and all filings in the Consolidated Actions are to be filed in Civil Action No. 20-3485;

WHEREAS, TherapeuticsMD filed the related Civil Action No. 21-12794 in this Judicial District against Teva USA and Teva Ltd. on June 21, 2021;

WHEREAS, the Court dismissed Teva Ltd. from Civil Action No. 20-3485 on June 12, 2020 (D.I. 9 in Civil Action No. 20-3485), dismissed Teva Ltd. from Civil Action No. 20-8809 on July 28, 2020 (D.I. 11 in Civil Action No. 20-8809), dismissed Teva Ltd. from Civil Action No. 20-11087 on September 8, 2020 (D.I. 9 in Civil Action No. 20-11087), dismissed Teva Ltd. from Civil Action No. 20-17496 on December 8, 2020 (D.I. 10 in Civil Action No. 20-17496), dismissed

Teva Ltd. from Civil Action No. 21-12794 on July 13, 2023 (D.I. 27 in Civil Action No. 21-12794);

WHEREAS, on July 27, 2021, the Court entered an Order staying the Consolidated Actions (D.I. 119 in Civil Action No. 20-3485) and Civil Action No. 21-12794 (D.I. 13 in Civil Action No. 21-12794);

WHEREAS, on July 13, 2023, the Court temporarily lifted the stays in the Consolidated Actions and Civil Action No. 21-12794 to add Mayne Pharma LLC as a plaintiff in the Consolidated Actions (D.I. 134 in Civil Action No. 20-3485) and Civil Action No. 21-12794 (D.I. 27 in Civil Action No. 21-12794);

WHEREAS, the stays were immediately reinstated upon the entry of the Order adding Mayne Pharma LLC as a plaintiff; and

WHEREAS, the event necessary for lifting the stays in the Consolidated Actions and Civil Action No. 21-12794 has occurred, and the parties hereby respectfully request that the stays be lifted;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, and ORDERED by the Court, as follows:

1.      The stays of the Consolidated Actions (D.I. 119 in Civil Action No. 20-3485) and Civil Action No. 21-12794 (D.I. 13 in Civil Action No. 21-12794) are hereby lifted effective immediately.

2.      The parties shall confer and submit a proposed schedule within 14 days of the entry of this Order.

Dated: November 19, 2024                    SO STIPULATED:

s/William C. Baton                          s/ Liza M. Walsh
William C. Baton                            Liza M. Walsh

Sarah A. Sullivan
Alexander L. Callo
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102
(973) 286-6700

OF COUNSEL:

Edgar H. Haug
Nicholas Giove
Andrew Wasson
Anna N. Lukacher
Camille Y. Turner
HAUG PARTNERS LLP
745 Fifth Avenue New York, NY
(212) 588-0888

*Attorneys for Plaintiffs*
*TherapeuticsMD, Inc. and Mayne*
*Pharma LLC*

Christine I. Gannon
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th
Floor Newark, NJ 07102
(973) 757-1100

OF COUNSEL:

Kurt A. Mathas
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-
9703
(312) 558-5600

*Attorneys for Defendants*
*Teva Pharmaceuticals USA, Inc.*

**IT IS SO ORDERED** this _20_ day of _Novv_, 2024:

Hon. Brian R. Martinotti, U.S.D.J.

- 4 -